**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Alejandro Maldonado on behalf of himself and all other similarly situated persons, known and unknown, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 15 CV 08236 |
| | ) | |
| v. | ) | Hon. John Tharp, Jr. |
| | ) | |
| Trujillo & Trujillo Corp. d/b/a/ Tacos & Burritos Rancho Grande, and Jorge A. Trujillo, individually, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER APPROVING SETTLEMENT**

This cause comes to be heard on the Parties' Joint Motion for Approval of the Settlement Agreement and Release between Plaintiff Alejandro Maldonado and Defendants Trujillo & Trujillo Corp. d/b/a/ Tacos & Burritos Rancho Grande and Jorge A. Trujillo. The Court having been fully advised, and the Court having reviewed and considered the Settlement Agreement and Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and Release is fair, reasonable and adequate;

2. The Court hereby approves the Settlement Agreement and Release and the terms set forth therein as being fair, reasonable and adequate. The Settlement Agreement and Release is the result of arm's length negotiations to resolve a bona fide dispute, and provides substantial relief to Plaintiff; and

3.   All of Plaintiff's claims in this lawsuit against Defendants are dismissed, initially without prejudice and will automatically (*i.e.,* without further action by the Court) convert to a dismissal with prejudice, with each party to bear its own costs subject to the terms of the Settlement Agreement and Release, on May 20, 2016, unless Plaintiff files a Motion to Reinstate before that date to enforce the terms of this Agreement.

Dated: 4/22/16          Entered: _____
                              Judge John Tharp, Jr.
                              United States District Judge